1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 3721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,               | CASE NO. 1:99-CR-05072 LJO
12 |                      Plaintiff,         | **ORDER DISMISSING INDICTMENT AS TO DEFENDANT**
13 |              v.                         | **RAMON LEON GARCIA**
14 | RAMON LEON GARCIA,                      |
15 |                      Defendant.         |

16

17   For the reasons set forth in the motion to dismiss filed by the United States, the Indictment

18 against defendant **RAMON LEON GARCIA** is hereby DISMISSED and any outstanding arrest

19 warrant is recalled.

20

21 IT IS SO ORDERED.

22    Dated:  **July 24, 2013**              /s/ Lawrence J. O'Neill
23                                           UNITED STATES DISTRICT JUDGE

24

25

26

27

28

                                              1